IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 02-cv-2287-JLK

**KYTUS L. CATES**,

       Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

       Plaintiff-Appellant's Application for An Award of Reasonable Attorney Fees (doc. #24), filed April 19, 2006, is denied, with leave to re-file, for failure to comply with D.C.COLO.LCivR 7.1A.

Dated:  April 19, 2006