IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 02-cv-2287-JLK

**KYTUS L. CATES**,

       Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

       Plaintiff-Appellant's Application for an Award of Reasonable Attorney Fees Under the Equal Access to Justice Act (doc. #26), filed April 24, 2006 is **GRANTED.** Defendant-Appellee has failed to meet the burden that her position was substantially justified with a reasonable basis both in law and fact. Remand was not a Sentence Six remand and Defendant-Appellee has not supplement the record for this review. The amounts claimed in the application are not contested and are reasonable. It is, therefore

       **ORDERED** that Defendant-Appellee shall pay to Plaintiff-Appellant, through counsel, Robert K. Gruber, the sum of **$8,043.29**.

       Dated this 9th day of May, 2006.

                                    BY THE COURT:

                                    S/**John L. Kane**
                                    Senior Judge, United States District Court